FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER B.,<br><br>               Plaintiff,<br><br>               v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>               Defendant. | No.  4:25-CV-05119-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>**ECF Nos. 21 & 14** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 21. Attorney Chad L. Hatfield represents Plaintiff; Special Assistant United States Attorney Lisa A. Tillman represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

      1.     The parties' Stipulated Motion to Remand, **ECF No. 21**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner shall (1) further develop the record as necessary; and (2) issue a new decision.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

2.    **Judgment shall be entered for PLAINTIFF**.

3.    Plaintiff's Opening Brief, **ECF No. 14**, is **STRICKEN AS MOOT**.

4.    An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED February 27, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2